RECEIVED

JUN 15 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ 5th _____ DIVISION

Greg Adams
_____
Plaintiff

Civil Action No. 23-cv-0825

VS.

Goodwill of Acadiana
_____
Defendant

Judge _____

Magistrate Judge _____

**COMPLAINT**
**UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A.   Describe in your own words the employment practices about which you are complaining,
identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in
such practices.  Attach an additional sheet, if necessary.

On March 12, 2023 i applied with Housing Department
of Goodwill Acadiana. Nicole Leblanc was the hiring manager whom
i had Known from previous years i accepted job and informed that
i wanted to stay in Lafayette area. I was hired on 3-13-23 and next
day i was told to come in to speak to Robin Vidoine.
So i went in around 9:00 am. (additional sheet attached)

B.   Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge
relating to such practices?   Yes [✓]   No [ ]

C.   Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting
such charges?   Yes [ ]   No [✓]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: _____

Page 1 of 2

*(Rev. 12/6/12)*

D.    Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [ ]    No [ ✓ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

_____

_____

_____

E.    Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

Im currently waiting on an interview
with the New Orleans EEOC Office

_____

_____

F.    Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date:    6-8-23

*Greg Ada*
**(Signature)**

410 Aymond St. Apt #7
**(Street Address or P.O. Box)**

Eunice, LA. 70535
**(City, State, Zip Code)**

(337) - 769-5778
**(Area Code)    (Telephone Number)**

_____
**(Witness)**

_____
**(Witness)**

Page 2 of 2

When i arrived i was informed that the only position open was at the properties in Eunice, La. and that i would have to move to Eunice and reside on the property. I had 3 properties in Eunice to cover, one in Rayne, La. and one in Basile La. I really didn't wanna move but i was kinda forced into accepting because i had been out of work for over 6 months and i was on verge of eviction from my residence of 3 years Maison Bocage Apts. in Lafayette. My car had broke down few days prior to that, i was deep in bills. My stress levels was already high. So i told them about my car and they told me i needed to move as soon as i got car fixed. I asked them if they offered any kind or relocation pay or assitance because i was already struggling and didn't have money. They said no, they didn't offer any assistane or help. They offered a gas card for work purposes, but i didn't get that for almost 2 lil over a month. While i was waiting for my car to get fixed they put me working at one of their Lafayette properties Holy Family. I trained with Karl Dauset, i would be taking his position for the Eunice properties

because he was moving into an office position as safety. They told me i needed to hurry get my car fixed because they needed him in the office asap and needed me in Eunice at the Eunice properties. So we helped out in Lafayette, it took about a week to get my car fixed but i told them i would have to wait for my first check to move because i didn't have money to move. So after about 3 weeks i moved and it took me almost 3 days with + a oford truck because i had a lot to move. It cost me close to 1,000 altogether and still took few weeks to get situated. they offered me free apt no rent or bills, but I had to work 20 seperate hours on off time. It was two positions in one, Maintenance Tech and RA (Rental associate) My regular position i did repairs + service to the properties i was assigned to, the RA position i had to tend to calls or repairs while i was at property, and clean facility, mop, sweep at least 20 hours each month seperate. When i received my gas card i used it to put gas to go to work, but before i got the card i had to use my own money for gas for a few weeks to tend to the properties in Eunice, Basile, and

Rayne before i moved from Lafayette which was
a couple of weeks. I started getting harassed
about using the gas card but as i told them i
only used the card to put gas to go to work on
their properties. Where the confusion came in
was because i had more receipts than other workers
which i explained why. Most of the tech's filled
their tanks up, i couldn't fill my gas tank up
because the mechanic that put iton apparently
didn't do something right and if i put too much
gas the tank would leak. So i only put $20 gas
at a time so i had several receipts cause i didn't
fill up. But every time i put gas i would get
a called asking why and have to turn receipts in.
I started getting more stressed. On top of that
soon as i moved there they had us going help
in Lafayette at other properties, and me on Karl
had to tend to other calls and properties we
weren't assigned to, There was no communication
between office personel on my properties

or when i was told to go help other places.
I asked my Supervisor Steven if he had
informed the office that first few week after
my car was fixed i had to drive from Lafayette
and he told me no. I was on call once a week
out a month and we had to service any of
the 37 properties that they own while on
call. I was always being monitored on the
properties even where i stayed because they
have cameras installed everywhere. They stayed
in my personal buissness. I was also lied to
because they told me i would be residing in an
apt. these are not apts, its an old folks home
facility turned into a small complex Divine
Providence I and II. I kept getting harrased about
gas card and the properties i was assigned were
far apart. I trained with Karl for the next
couple months until i learned the ropes

I learned that they had fired Nicole Leblanc. On memorial day i got a call from my supervisor Steven to go to Sunset, La at one of their properties to tend to an AC unit that wasn't working. I left shortly after went to Sunset fixed it and returned home. He called me next day told me to meet with Sherman Bernard at office to do my 90 day full hire on insurance enrollment forms. So i went in on 5-31-23 signed all my paperwork, listed my beneficiaries got my packet, that same afternoon Steven called me again after i left told me to report back to the office on 6-1-2023 at 8:00 am. So i went back next day and met with Steven, James, and Tommy and i was told i was being terminated. When i asked why they told me they didn't need a reason.

So i said i went through all this trouble of moving my life away from my family, and money i spent on moving, wasted time. I always performed my duties and went beyond to help. this has caused me more emotional distress which i had before i took the job because of my situation. I am going through mental stress and trauma because i have kids and also in financial hardship, on top of what i spent to relocate. they didn't monitor any of the other employees like this, and i feel like im always being targeted. I have appointments set up for mental anguish and this has really made me depressed and feeling of isolation. I feel it was fraudulent Inducement of employment,