# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **GREG ADAMS** | **CIVIL DOCKET NO. 6:23-CV-00825** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **GOODWILL OF ACADIANA** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 20] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Goodwill's Rule 12(b)(6) MOTION TO DISMISS [Doc. 18] is hereby GRANTED.

THUS DONE AND SIGNED in Chambers on this 15th day of March 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE